

| | § | |
| JOE FRANK MUZQUIZ/PARA TODOS, INC., | § | No. 08-19-00005-CV |
| | § | Appeal from the |
| Appellant/Cross-Appellant, | § | |
| | § | 17th District Court |
| v. | § | |
| | § | of Tarrant County, Texas |
| PARA TODOS, INC./JOE FRANK MUZQUIZ, | § | (TC#017-287752-16) |
| | § | |
| Appellee/Cross-Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment as to Appellant/Cross-Appellee Joe Frank Muzquiz. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion.

We further conclude that there was no error in the judgment as to Appellee/Cross-Appellant Para Todos, Inc. and therefore affirm the judgment of the court below.

It is further ordered that Appellant/Cross-Appellee recover form Appellee/Cross-Appellant all costs of this appeal, for which execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MARCH, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J., Dissenting